1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   RONALD SIMMONS,                          No. 2:13-cv-0592-CMK-P

12              Plaintiff,

13         vs.                                ORDER

14   SUPERIOR COURT OF
     SACRAMENTO, et al.,

15
                Defendants.
16
     _____/
17

18              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

19   42 U.S.C. § 1983.   Pursuant to Eastern District of California Local Rules, this case was not

20   assigned to a District Judge when the case was filed.  The parties have not consented to

21   Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is

22   necessary to properly address the case.

23   / / /

24   / / /

25   / / /

26   / / /

                                         1

1        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

2   randomly assign a District Judge to this case and to update the docket to reflect the new case

3   number.

4

5    DATED:  July 29, 2013

6                                                            _____

7                                                            **CRAIG M. KELLISON**
                                                             UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26